EL PUEBLO, DEMANDANTE Y APELADO v. BARRIOS, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en causa por homicidio voluntario.

MOCIÓN del acusado-apelante para que se le señale fianza por la Corte Suprema para permanecer en libertad provisional.

No. 896.—Resuelto en julio 20, 1915.

HOMICIDIO VOLUNTARIO—FIANZA EN APELACIÓN—DISCRECIÓN JUDICIAL.—De acuerdo con el artículo 374, apartado 2º., del Código de Enjuiciamiento Criminal, que

es idéntico al 1272, apartado 2°., del Código Penal de California, es materia sujeta a la discreción del tribunal sentenciador si a un acusado convicto y sentenciado por delito de homicidio debe admitírsele fianza para permanecer en libertad provisional mientras se sustancia y decide la apelación.

FIANZA—FIANZA DESPUÉS DE SENTENCIA EN CASOS CRIMINALES—A QUIEN DEBE SER PRESENTADA LA SOLICITUD PARA QUE SE ADMITA.—El poder de admitir fianza pendiente una apelación interpuesta por el acusado, no debe ser ejercitado por la Corte Suprema en primera instancia, sino que la solicitud sobre el particular debe ser resuelta por el juez inferior.

Los hechos están expresados en la resolución.

Abogado del apelante: *Sr. Angel A. Vázquez.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

Vista la moción del acusado-apelante Rogelio Barrios en solicitud de que esta Corte Suprema le señale fianza para permanecer en libertad provisional, por esta causa, mientras se sustancia y decide el recurso; el artículo 374, apartado 2°., Código de Enjuiciamiento Criminal, que es idéntico al 1272, apartado 2°., Código Penal de California, y el caso de *El Pueblo* v. *Perdue,* 48 Cal., 552.

SE DENIEGA la pretensión del peticionario, sin perjuicio de que pueda presentar su solicitud sobre el particular al juez de la corte inferior.

> *Denegada la moción sin perjuicio de que pueda presentarse al juez de la corte inferior.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.